Tanya E. Moore. SBN 206683
MOORE LAW FIRM, P.C.
300 South First Street, Suite 342
San Jose, California 95113
Telephone (408) 298-2000
Facsimile (408) 298-6046
E-mails: tanya@@moorelawfirm.com;
service@moorelawfirm.com

Attorney for Plaintiff,
Hendrik Block

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENDRIK BLOCK,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ADAM HAUTER dba FRESNO COMMUNITY MARKET #3; SAMAIR HAUTER dba FRESNO COMMUNITY MARKET #3; NORA HAUTER dba FRESNO COMMUNITY MARKET #3; MOHAMMED SAMY HAUTER, Trustee of the MOHAMMED SAMY HAUTER FAMILY TRUST dated September 20, 2003; GAMILAH A. HAUTER, Trustee of the MOHAMMED SAMY HAUTER FAMILY TRUST dated September 20, 2003;<br><br>　　　　Defendants. | Case No. 1:23-cv-00024-JLT-BAM<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION** |

　　　WHEREAS, Defendants have not filed an answer or motion for summary judgment;

　　　WHEREAS, Plaintiff and Defendants have settled the matter;

　　　WHEREAS, no counterclaim has been filed;

　　　Plaintiff hereby dismisses this action with prejudice in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: March 22, 2023　　　　　　　　　　MOORE LAW FIRM, P.C.


　　　　　　　　　　　　　　　　　　　　*/s/ Tanya E. Moore*
　　　　　　　　　　　　　　　　　　　　Tanya E. Moore
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff, Hendrik Block